IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF OREGON

Kelly A. Dortch,                              CIVIL NO.: 6:11-CV-03058-HO

    Plaintiff

    v.

COMMISSIONER of                               ORDER
Social Security Administration

    Defendant.


Applying the precedent of the *Gisbrecht* (Supreme Court) and *Crawford* (Ninth Circuit en banc) cases, and considering all appropriate factors, including the result obtained, quality of representation, unnecessary delay, representation at multiple hearings and administrative levels, and risk of loss, this court finds that the requested fee is reasonable. This court approves the undersigned attorney's request and approve a fee of **$22,743.55** minus the EAJA fees of $2908.73 previously awarded and paid and attorney fees of $6,000.00 already paid by the Social Security Administration resulting in **$13,834.82**.

IT IS SO ORDERED this 28 day of February, 2014.

                                              Michael J. McShane
                                              UNITED STATES DISTRICT JUDGE

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 Stewart Ave., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
stevens@blackchapman.com